UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 4:26-cv-00434

———

**Deborah Painter et al.,**
*Plaintiffs,*

v.

**Celina Independent School District,**
*Defendant.*

———

## ORDER

Plaintiffs brought this action alleging defendant violated the Americans with Disabilities Act (ADA). Doc. 1. The case was referred to a magistrate judge. Doc. 3. Defendant then moved to dismiss plaintiffs' request for punitive damages. Doc. 4. The magistrate judge issued a report recommending that the court grant defendant's motion and deny plaintiffs leave to amend. Doc. 6 at 5. The report explained that punitive damages are unavailable under the ADA when sought against a political subdivision such as a school district. *Id.* at 3–4. No party filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendant's motion to dismiss (Doc. 4) is granted. Plaintiffs' request for punitive damages is dismissed with prejudice. Plaintiffs' request for leave to amend (Doc. 5) is denied.

*So ordered by the court on July 29, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -